SCWC-28958

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

C. BREWER AND COMPANY, LTD., Respondent/Plaintiff-Appellant,

vs.

MARINE INDEMNITY INSURANCE COMPANY OF AMERICA;
FIREMAN'S FUND INSURANCE COMPANY OF HAWAII; and
JAMES RIVER INSURANCE COMPANY,
Petitioners/Defendants-Appellees,

and

INDUSTRIAL INDEMNITY COMPANY; INDUSTRIAL INSURANCE
COMPANY OF HAWAII, LTD.; NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH; UNITED STATES FIRE INSURANCE COMPANY;
LIBERTY MUTUAL INSURANCE COMPANY; TIG INSURANCE COMPANY;
COLUMBIA CASUALTY COMPANY; THE HOME INSURANCE COMPANY;
RELIANCE INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY;
CIGNA PROPERTY AND CASUALTY INSURANCE CO.; PACIFIC EMPLOYERS
INSURANCE CO., INC.; SCOTTSDALE INSURANCE COMPANY;
FIRST STATE INSURANCE CO.; KILAUEA IRRIGATION CO., INC.;
KEHALANI HOLDINGS CO., INC.; STATE OF HAWAI'I; and
HAWAII INSURANCE GUARANTY ASSOCIATION;
Respondents/Defendants-Appellees,

and

STATE OF HAWAI'I,
Respondent/Third-Party Plaintiff-Cross-Appellant,

vs.

MARSH USA, INC., Respondent/Third-Party Defendants-Appellees,

and

KEHALANI HOLDINGS COMPANY, INC.,
Respondent/Third-Party Plaintiff-Cross-Appellant,

vs.

UNITED NATIONAL INSURANCE COMPANY; COMMONWEALTH INSURANCE
COMPANY; ALEXANDER HOWDEN LIMITED; INTEGRITY INSURANCE
COMPANY; HAWAIIAN INSURANCE & GUARANTY COMPANY, LIMITED;
HOLLAND-AMERICA; INTERNATIONAL INSURANCE COMPANY;
TRADEWIND INSURANCE COMPANY, LIMITED; and
ISLAND INSURANCE COMPANY, LIMITED,
Respondent/Third-Party-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28958; CIV. NO. 06-1-0140)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ., and
Circuit Judge Kubo, in place of Recktenwald, C.J., recused, and
Circuit Judge Border, in place of Acoba, J., recused)

The application for writ of certiorari filed on

December 23, 2013 by Petitioner/Defendant-Appellee James River

Insurance Company, is hereby accepted and will be scheduled for

oral argument.

The parties will be notified by the appellate clerk

regarding scheduling of the oral argument.

DATED: Honolulu, Hawaiʻi, February 3, 2014.

Robert J. Romero,                    /s/ Paula A. Nakayama
Anne D. O'Niell, and
Jodie D. Roeca, for                  /s/ Sabrina S. McKenna
petitioner/defendant-
appellee James River                 /s/ Richard W. Pollack
Insurance Company
                                     /s/ Edward H. Kubo, Jr.

                                     /s/ Patrick W. Border